UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CAPITAL ONE NATIONAL ASSOCIATION,  :   Civil Action No.: 12 Civ. 3366 (LGS)
                                   :
              Plaintiff(s),        :
                                   :   NOTICE OF APPEAL
         V.                        :   IN A CIVIL CASE
                                   :
48-52 FRANKLIN, LLC, **MARSHALL**  :
**WEISMAN,** THE NEW YORK CITY BUREAU :
OF HIGHWAY OPERATIONS, CREATIVE    :
HABITATS, INC. and CM & ASSOCIATES :
CONSTRUCTION                       :
              Defendant(s).        :
                                   :
------------------------------------------------------------X

Notice is hereby given that Defendants 48-52 FRANKLIN, LLC and MARSHALL WEISMAN hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of the Court dated April 8, 2014 (dkt no. 75) which granted partial Summary Judgment, entered in this action on the 9th day of April 2014.

Dated: May 5, 2014
       Brooklyn NY

                              LAW OFFICES OF ABRAHAM HOSCHANDER

                              _____
                              ABRAHAM HOSCHANDER-Attorney for Defendants
                              48-52 FRANKLIN, LLC and MARSHALL WEISMAN
                              777 Kent Avenue-Suite 202
                              Brooklyn, New York 11205
                              347-435-3402; Fax: 347-435-3403