UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
CAPITAL ONE, NA.
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

12 Civ. 3366 (LGS) ( )

- against -

48-52 FRANKLIN LLC et al
_____
_____
_____

**NOTICE OF MOTION**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

PLEASE TAKE NOTICE that upon the annexed affirmation of __Adam Plotch__,
(name)
affirmed on __October 23__, 20__14__, and upon the exhibits attached thereto (delete if no
(date)
exhibits), the accompanying Memorandum of Law in support of this motion (delete if there is no

Memorandum of Law), and the pleadings herein, plaintiff/defendant will move this Court, before
Judge __Schofield__, United States District/Magistrate Judge, for an order
(Judge's name)                                              (circle one)
pursuant to Rule _____ of the Federal Rules of Civil Procedure granting (state what you want the
Judge to order): __leave to intervene, in the alternative, permission to file the annexed Order to Show Cause without intervention.__

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __New York__, __NY__        Signature _____
       (city)    (state)           Address __95 W 95 St NY, 10025__
       __Oct__ __23__, 20__14__
       (month) (day) (year)        Telephone Number __646-842-0071__
                                   Fax Number (if you have one) __866-306-6158__



Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITAL ONE N.A.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

12 Civ. 3366 (LGS)( )

- against -

48-52 FRANKLIN LLC et al.

**AFFIRMATION IN SUPPORT OF MOTION**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Adam Plotch, affirm under penalty of perjury that:

1. I, Adam Plotch, am ~~the plaintiff/defendant~~ a proposed intervenor in the above entitled action, *(circle one)* and respectfully move this Court to issue an order granting leave to intervene.
*(state what you want the Judge to order)*

2. The reason why I am entitled to the relief I seek is the following *(state all your reasons using additional paragraphs and sheets of paper as necessary)*: I attended and bid at a foreclosure sale held in accordance with a Final Judgment of Foreclosure and Sale issued in this action. As more fully set forth in the annexed Order to Show Cause, the sale was not conducted in accordance with the provisions of the Final Judgment and applicable statutes. The matter is highly time-sensitive.

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
*(city)* *(state)*
October 23, 2014
*(month)* *(day)* *(year)*

Signature: [signed]
Address: 95 W 95 St
Telephone Number: 212-787-4885
Fax Number *(if you have one)*: 866-506-6158

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITAL ONE NATIONAL ASSOCIATION,

                     Plaintiff,

     - against -

48-52 FRANKLIN LLC, MARSHALL WEISMAN, THE NEW YORK CITY BUREAU OF HIGHWAY OPERATIONS, CREATIVE HABITATS, INC., and CM & ASSOCIATES CONSTRUCTION

                     Defendants.

12 Civ. 3366 (LGS)

ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

     Upon the declaration of Adam Plotch, declared on the ___ day of _____, 2014, and upon a copy of the complaint hereto annexed, and upon the exhibits annexed hereto, it is

     ORDERED that the above named plaintiff and/or defendant(s) show cause before a motion term of this Court, at Room ____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on_____ at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued vacating and annulling the foreclosure sale held on October 22, 2014, conducted pursuant to a Final Judgment of Foreclosure issued in this action on May 7, 2014, whereat Plaintiff tendered the winning bid, in the total sum of $2,000, for nine separate parcels of real property in the County, City and State of New York, to wit, the condominium units known as and located at 50 Franklin St., units 1A, 3D, P1, P4, P6, P7, P8, P9, P10, New York, NY (Block: 172, Lots: 1401, 1410, 1545, 1548, 1550, 1551, 1552, 1553 and 1554 (the "Properties"); and it is further

     ORDERED that, sufficient reason having been shown therefor, pending the hearing of non-party Adam Plotch's application for a preliminary injunction, pursuant to Rule 65, Fed R. Civ. P, the Court-appointed Referee in this action, Joel Abramson, Esq., is temporarily restrained and enjoined from conveying title to the Properties to Plaintiff, its heirs, successors, and assigns; and it is further

RECEIVED OCT 23 2014 PRO SE OFFICE

ORDERED that non-party movant Adam Plotch is not required to post a bond or other security; and it is further

ORDERED that personal service of a copy of this order and annexed papers upon which it is based upon the Plaintiff, the Referee, and any parties who have appeared in this action, by hand delivery or overnight delivery shall be deemed good and sufficient service therefore.

DATED:

ISSUED:

_____
United States District Judge



**United States District Court**
**Southern District of New York**
*Pro Se Intake Unit*

| | |
|---|---|
| To: | Hon. Lorna G. Schofield |
| From: | S. Coretto, Pro Se Intake Clerk, Docket Services, Ext. 1177 |
| Date: | October 23, 2014 |
| Re: | Capital One, National Association v. 48-52 Franklin, LLC et al, 12-CV-3366 |

The attached document, which was received by the Pro Se Intake Unit on October 23, 2014, has been submitted to the Court for filing. The document is deficient as indicated below. Instead of docketing the document for public access, it has been docketed as a court-view only docket entry. I am forwarding it to you for your consideration. *See* Fed. R. Civ. P. 5(d)(2)(B), (4).

☐  No original signature.

☐  No Affirmation of Service/ proof of service.

☒  Other: <u>Non-Party Movant seeks to intervene. Mr. Plotch submits an Order to Show Cause for Preliminary Injunction and TRO.  Please direct whether to docket or return documents to party.</u>

If you memo-endorse the filing, you do not need to return this memorandum to the Pro Se Intake Unit. Once your memo-endorsement is docketed and filed, all ECF users on the case will be notified.

In the alternative, please return this memorandum with the attached papers to this Unit, indicating at the bottom what action should be taken.

☒  **ACCEPT FOR FILING**

☐  **RETURN TO *PRO SE* LITIGANT**

| Comments: The Pro Se Intake Unit is directed to file the attached Declaration and Exhibits |
|---|
| A-D in Support of the Order to Show Cause (Dkt. No. 89).   The Court deems the attached |
| Notice of Motion as a Motion to Intervene or in the alternative permission to file the an Order to |
| Show Cause without intervention.  The Pro Se Intake Unit is directed to rescan this motion |
| and upload it as the PDF for docket number 90. |

Dated: October 28, 2014

_____
United States District / Magistrate Judge

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175