UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br>v.<br><br>48-52 FRANKLIN, LLC, MARSHALL WEISMAN, THE NEW YORK CITY BUREAU OF HIGHWAY OPERATIONS, CREATIVE HABITATS, INC., and CM & ASSOCIATES CONSTRUCTION<br><br>Defendants. | Civil Action No.: 12-CV-3366 (LGS) |

**NOTICE OF MOTION OF CAPITAL ONE NATIONAL ASSOCIATION TO CONFIRM REPORT OF SALE AND FOR LEAVE TO ENTER DEFICIENCY JUDGMENT AGAINST DEFENDANTS 48-52 FRANKLIN, LLC AND MARSHALL WEISMAN**

To: All parties in the Attached Service List

PLEASE TAKE NOTICE that Capital One National Association ("Capital One") shall move before the Honorable Lorna G. Schofield, U.S.D.J., at courtroom 1106, United States District Court for Southern District of New York, 40 Centre Street, New York, New York 10007, on December 22, 2014, at 10 am, or as soon thereafter as counsel may be heard for the entry of an Order Confirming Report of Sale and for Entry of a Deficiency Judgment.

PLEASE TAKE FURTHER NOTICE that Capital One shall rely on the attached Certification of Eduardo J. Glas dated November 21, 2014, a proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that opposition, if any, must be served upon the undersigned by December 8, 2014.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument in the event any opposition is filed to this Motion.

Dated: New York, New York
November 21, 2014

McCARTER & ENGLISH, LLP
*Attorneys for Capital One National Association*

By: /s/Eduardo J. Glas
Eduardo J. Glas
A Member of the Firm
245 Park Avenue, 27th Floor
New York, New York 10167
(212) 609-6800

**SERVICE LIST**

**BY ECF**

Abraham Hoschander
Abraham Hoschander & Associates
Attorneys for Defendants
48-52 Franklin, LLC and Marshall Weisman
236 Broadway
Brooklyn, NY 11211

John M. Comiskey, Esq.
AGOVINO & ASSELTA, LLP
Attorneys for Defendant
CM and Associates Construction Management, LLC
s/h/a CM & Associates Construction
330 Old Country Road, Suite 201
Mineola, New York 11501

**BY HAND DELIVERY, OVERNIGHT MAIL, AND CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Marshall Weisman
240 Oak Knoll Road
Lakewood, New Jersey 08701

48-52 Franklin, LLC
c/o Marshall Weisman
240 Oak Knoll Road
Lakewood, New Jersey 08701

and

48-52 Franklin, LLC
c/o Marshall Weisman
2275 West County Line Rd.
Jackson, New Jersey