UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 1 2014

CAPITAL ONE NATIONAL ASSOC.
(List the full name(s) of the plaintiff(s)/petitioner(s).)

12 cv 3366 (LGS)( )

-against-

NOTICE OF APPEAL

48-52 FRANKLIN LLC, MARSHALL WEISMAN,
NEW YORK CITY BUREAU OF HIGHWAY OPERATIONS, et al
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Non-party movant Plotch
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  ☒ order  entered on: 10/29/2014
(date that judgment or order was entered on docket)

that: denied Motion [Order to Show Cause] filed by Adam Plotch

(If the appeal is from an order, provide a brief description above of the decision in the order.)

11/28/14
Dated

Signature

PLOTCH, Adam P
Name (Last, First, MI)

95 W 95 ST    NYC    NY    10025
Address        City    State    Zip Code

212-787-4888
Telephone Number

buymyapartment@yahoo.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13



```
Court Name: District Court
Division: 1
Receipt Number: 465401110983
Cashier ID: Clapsley
Transaction Date: 12/01/2014
Payer Name: ADAM PLOTCH

NOTICE OF APPEAL/DOCKETING FEE
 For: ADAM PLOTCH
 Amount:         $505.00

CREDIT CARD
 Amt Tendered:  $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

12CV3366(LGS)
```



RECEIVED
DEC - 1 2014
PRO SE OFFICE